UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM SMITH NEAL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00190-TWP-KMB |
| | ) |
| K. MOSES, | ) |
| BIRD, | ) |
| WHITE, | ) |
| BURIENE, | ) |
| HARROD, | ) |
| MAY, | ) |
| DOMINIC, | ) |
| WASHINGTON, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: 2/29/2024

Roger A.G. Sharpe, Clerk

BY: _Alicia Heltom_
Deputy Clerk, U.S. District Court

_Hon. Tanya Walton Pratt, Chief Judge_
United States District Court
Southern District of Indiana

Distribution:

WILLIAM SMITH NEAL, JR.
141059
FLOYD COUNTY JAIL
FLOYD COUNTY JAIL
Inmate Mail/Parcels
P.O. Box 1406
New Albany, IN 47150